

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:      In re Cao La

Appellate case number:   01-14-00443-CV

Trial court case number:  997475

Trial court:                      Co Civil Ct at Law No 1 of Harris County

The Court requests a response from Respondent, Stan Stanart, and the Harris County Attorney's Office. *See* TEX. R. APP. P. 52.4.  The response, if any, is due by July 11, 2014.

It is so ORDERED.

Judge's signature: /s/ Harvey Brown

☑  Acting individually      ☐  Acting for the Court

Date:  June 23, 2014